IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ELIZABETH T. RUNKLE, <br><br> Plaintiff, <br><br> vs. <br><br> ROSAUERS SUPERMARKETS, INC., BOB BURRIS, RAY SPRINKLE, and STEVEN H. WINTERBAUER, <br><br> Defendants. | CV 17–69–M–DLC <br><br> ORDER |

After reaching a settlement in this case, the Parties having filed a Joint Motion for Dismissal with Prejudice (Doc. 73) and Plaintiff has filed a separate Motion to Dismiss with Prejudice (Doc. 74). Accordingly,

IT IS ORDERED that the Parties' Motions (Docs. 73; 74) are GRANTED and this case is DISMISSED WITH PREJUDICE. Each Party shall bear its own costs and attorneys' fees.

DATED this 30th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-